UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melinda Galarsa,<br><br>           Plaintiff(s),<br>    v.<br>Galletti & Sons, Inc., Turner Construction Company, David Sandoval, and DOES 1 through 10, Inclusive.<br>           Defendant(s). | No. C 07-02354 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 5/5/07

Signature: [signature]

Counsel for Defendant Turner Const. Co.
(Plaintiff, Defendant, or indicate "pro se")