1  SEYFARTH SHAW LLP
   William J. Dritsas (State Bar No. 097523)
2  Andrew M. McNaught (State Bar No. 209093)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   TURNER CONSTRUCTION COMPANY
6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9  MELINDA GALARSA,                )   Case No.  C 07 2354 JL
                                    )
10              Plaintiff,          )   **CERTIFICATE OF SERVICE OF**
                                    )   **UNITED STATES DISTRICT COURT**
11       vs.                        )   **DOCUMENTS**
                                    )
12 GALLETTI & SONS, INC., TURNER    )
   CONSTRUCTION COMPANY, DAVID      )
13 SANDOVAL, and DOES 1 through 10, )
   Inclusive,                       )
14                                  )
                                    )
15              Defendants.         )
                                    )
16 _____  )

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On May 2, 2007, I served the within document(s):

1. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE & ADR DEADLINES;**
2. **MAGISTRATE JUDGE JAMES LARSON – NOTICES;**
3. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;**
4. **ADDITIONAL GUIDELINES FOR SUBMISSION/FILING AT NORTHERN DISTRICT OF CALIFORNIA;**
5. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**
6. **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;**
7. **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; AND**
8. **ECF REGISTRATION INFORMATION HANDOUT – US DIST. COURT, NORTHERN CA.**

☐ I sent such document from facsimile machine (415) 397-8549 on May 2, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

| | |
|---|---|
| Emile A. Davis<br>Jennifer S. Prusak<br>WINER, MCKENNA & DAVIS, LLP<br>The Ordway Building<br>One Kaiser Plaza, Ste. 1450<br>Oakland, CA 94612<br>Tel: (510) 433-1000 / Fax: (51) 433-1001<br><br>Attorney for Plaintiff MELINDA GALARSA | Michael T. Lucey<br>Paula Kutansky-Brown<br>GORDON & REES LLP<br>Embarcadero Center West<br>275 Battery St., Ste. 2000<br>San Francisco, CA 94111<br>Tel: (415) 986-5900 / Fax: (415) 986-8054<br><br>Attorneys for GALLETTI & SONS, INC. |

CERTIFICATE OF SERVICE OF UNITED STATES DISTRICT COURT DOCUMENTS

1    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same
2    day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage
3    meter date is more than on day after the date of deposit for mailing in affidavit.

4    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

5

6    Executed on May 2, 2007, at San Francisco, California.

7    _____
     JESSICA E. LIBBEY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   SF1 28282877.1 / 36891-000007

3
CERTIFICATE OF SERVICE OF UNITED STATES DISTRICT COURT DOCUMENTS