**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**May 8, 2007**

**CASE NUMBER:  CV 07-02354 JL**
**CASE TITLE:  MELINDA GALARSA-v-GALLETTI AND SONS INC**

<u>REASSIGNMENT ORDER</u>

    GOOD CAUSE APPEARING THEREFOR,

    IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Charles R. Breyer** for all further proceedings.

    Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.

    ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/8/07

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
                                  Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies | Special Projects |
| Log Book Noted | Entered in Computer 5/8/07ha |

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                    Transferor CSA