SEYFARTH SHAW LLP
William J. Dritsas (State Bar No. 097523)
Andrew M. McNaught (State Bar No. 209093)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
TURNER CONSTRUCTION COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA GALARSA,<br><br>Plaintiff,<br><br>vs.<br><br>GALLETTI & SONS, INC., TURNER CONSTRUCTION COMPANY, DAVID SANDOVAL, and DOES 1 through 10, Inclusive,<br><br>Defendants. | USDC Case No. C-07-2354 CRB<br><br>California Superior Court, County of Alameda, Case No. RG07316544<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIM FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, AND FOR REMAND TO STATE COURT** |

The parties at issue in the above-captioned matter, MELINDA GALARSA, GALLETTI & SONS, INC., and TURNER CONSTRUCTION COMPANY, by and through their attorneys of record, hereby stipulate as follows:

Plaintiff MELINDA GALARSA's claim for Intentional Infliction of Emotional Distress ("IIED") against all Defendants shall be dismissed with prejudice.

Plaintiff's remaining claims are statutory claims based solely on the California Fair Employment & Housing Act ("FEHA"). Without the IIED tort claim, there is no basis for federal jurisdiction based on the L.M.R.A, Section 301 preemption, as set forth in Defendant

1  TURNER CONSTRUCTION'S Notice of Removal, filed on April 30, 2007. Accordingly, the
2  parties stipulate that the case be remanded to state court for adjudication of plaintiff's remaining
3  FEHA claims.

5   Respectfully Submitted:

7  DATED: June ___, 2007                               SEYFARTH SHAW LLP

9                                                      By_____
10                                                        William J. Dritsas
                                                          Andrew M. McNaught

11                                                     Attorneys for Defendant
12                                                     TURNER CONSTRUCTION COMPANY

13 DATED: June ___, 2007                               WINER, MCKENNA & DAVIS, LLP

15                                                     By_____
                                                          Emile A. Davis

16                                                     Attorneys for Plaintiff
17                                                     MELINDA GALARSA

18 DATED: June ___, 2007                               GORDON & REES LLP

20                                                     By_____
                                                          Michael T. Lucey
21                                                        Paula Kutansky-Brown

22                                                     Attorneys for Defendant
                                                       GALLETTI & SONS, INC.

1  TURNER CONSTRUCTION'S Notice of Removal, filed on April 30, 2007. Accordingly, the
2  parties stipulate that the case be remanded to state court for adjudication of plaintiff's remaining
3  FEHA claims.

5     Respectfully Submitted:

7  DATED: June ___, 2007                SEYFARTH SHAW LLP

9                                       By_____
10                                         William J. Dritsas
                                           Andrew M. McNaught
11
                                        Attorneys for Defendant
12                                      TURNER CONSTRUCTION COMPANY

13 DATED: June 8, 2007                  WINER, MCKENNA & DAVIS, LLP

15                                      By_____
                                           Emile A. Davis
16
                                        Attorneys for Plaintiff
17                                      MELINDA GALARSA

18 DATED: June ___, 2007                GORDON & REES LLP

20                                      By_____
                                           Michael T. Lucey
21                                         Paula Kutansky-Brown

22                                      Attorneys for Defendant
                                        GALLETTI & SONS, INC.

1  TURNER CONSTRUCTION'S Notice of Removal, filed on April 30, 2007. Accordingly, the
2  parties stipulate that the case be remanded to state court for adjudication of plaintiff's remaining
3  FEHA claims.
4
5      Respectfully Submitted:
6
7  DATED: June 12th, 2007                          SEYFARTH SHAW LLP
8
9                                                  By_____
10                                                     William J. Dritsas
                                                       Andrew M. McNaught
11
                                                    Attorneys for Defendant
12                                                  TURNER CONSTRUCTION COMPANY
13 DATED: June ___, 2007                           WINER, MCKENNA & DAVIS, LLP
14
15                                                  By_____
                                                       Emile A. Davis
16
                                                    Attorneys for Plaintiff
17                                                  MELINDA GALARSA

18 DATED: June ___, 2007                           GORDON & REES LLP
19
20                                                  By_____
                                                       Michael T. Lucey
21                                                     Paula Kutansky-Brown

22                                                  Attorneys for Defendant
                                                    GALLETTI & SONS, INC.
23
24
25
26
27
28

2
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CLAIM AND REMAND TO STATE COURT
SF1 28285666.1

**[PROPOSED] ORDER**

Based on the Parties' stipulation, and good cause appearing, Plaintiff's claim for Intentional Infliction of Emotional Distress is hereby DISMISSED WITH PREJUDICE. The case is REMANDED to the California Superior Court, County of Alameda, for adjudication of Plaintiff's remaining statutory claims under the California Fair Employment & Housing Act.

IT IS SO ORDERED.

Dated: _____        _____
                                                                      Hon. Charles R. Breyer
                                                                      United States District Judge