1  SEYFARTH SHAW LLP
   William J. Dritsas (State Bar No. 097523)
2  Andrew M. McNaught (State Bar No. 209093)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   TURNER CONSTRUCTION COMPANY
6

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 | MELINDA GALARSA,                    ) USDC Case No. C-07-2354 CRB
                                         )
12 |        Plaintiff,                   ) California Superior Court, County of
                                         ) Alameda, Case No. RG07316544
13 |    vs.                              )
                                         ) **STIPULATION AND [PROPOSED]**
14 | GALLETTI & SONS, INC., TURNER       ) **ORDER FOR DISMISSAL WITH**
    CONSTRUCTION COMPANY, DAVID          ) **PREJUDICE OF PLAINTIFF'S CLAIM**
15 | SANDOVAL, and DOES 1 through 10,    ) **FOR INTENTIONAL INFLICTION OF**
    Inclusive,                           ) **EMOTIONAL DISTRESS, AND FOR**
16                                       ) **REMAND TO STATE COURT**
            Defendants.                  )
17 |_____)

18

19

20
        The parties at issue in the above-captioned matter, MELINDA GALARSA, GALLETTI
21
   & SONS, INC., and TURNER CONSTRUCTION COMPANY, by and through their attorneys
22
   of record, hereby stipulate as follows:
23
        Plaintiff MELINDA GALARSA's claim for Intentional Infliction of Emotional Distress
24
   ("IIED") against all Defendants shall be dismissed with prejudice.
25
        Plaintiff's remaining claims are statutory claims based solely on the California Fair
26
   Employment & Housing Act ("FEHA"). Without the IIED tort claim, there is no basis for
27
   federal jurisdiction based on the L.M.R.A, Section 301 preemption, as set forth in Defendant
28

---
1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CLAIM AND REMAND TO STATE COURT
SF1 28285666.1

1  TURNER CONSTRUCTION'S Notice of Removal, filed on April 30, 2007. Accordingly, the
2  parties stipulate that the case be remanded to state court for adjudication of plaintiff's remaining
3  FEHA claims.
4
5      Respectfully Submitted:
6
7  DATED: June ___, 2007                    SEYFARTH SHAW LLP
8
9                                           By_____
10                                              William J. Dritsas
                                                Andrew M. McNaught
11
                                             Attorneys for Defendant
12                                           TURNER CONSTRUCTION COMPANY

13 DATED: June ___, 2007                    WINER, MCKENNA & DAVIS, LLP
14
15                                           By_____
                                                Emile A. Davis
16
                                             Attorneys for Plaintiff
17                                           MELINDA GALARSA

18 DATED: June ___, 2007                    GORDON & REES LLP
19
20                                           By_____
                                                Michael T. Lacey
21                                              Paula Kutansky-Brown

22                                           Attorneys for Defendant
                                             GALLETTI & SONS, INC.
23
24
25
26
27
28

2
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CLAIM AND REMAND TO STATE COURT
SF1 28285666.1

1  TURNER CONSTRUCTION'S Notice of Removal, filed on April 30, 2007. Accordingly, the
2  parties stipulate that the case be remanded to state court for adjudication of plaintiff's remaining
3  FEHA claims.

5      Respectfully Submitted:

7  DATED: June ___, 2007          SEYFARTH SHAW LLP

                                      By_____
                                          William J. Dritsas
                                          Andrew M. McNaught

                                          Attorneys for Defendant
                                          TURNER CONSTRUCTION COMPANY

13  DATED: June 8, 2007            WINER, MCKENNA & DAVIS, LLP

                                          By_____
                                          Emile A. Davis

                                          Attorneys for Plaintiff
                                          MELINDA GALARSA

18  DATED: June ___, 2007           GORDON & REES LLP

                                          By_____
                                          Michael T. Lucey
                                          Paula Kutansky-Brown

                                          Attorneys for Defendant
                                          GALLETTI & SONS, INC.

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CLAIM AND REMAND TO STATE COURT
SF1 28285666.1

1  TURNER CONSTRUCTION'S Notice of Removal, filed on April 30, 2007. Accordingly, the
2  parties stipulate that the case be remanded to state court for adjudication of plaintiff's remaining
3  FEHA claims.
4
5      Respectfully Submitted:
6
7  DATED: June 12th, 2007                SEYFARTH SHAW LLP
8
9                                         By /s/ William J. Dritsas
10                                           William J. Dritsas
                                             Andrew M. McNaught
11
                                          Attorneys for Defendant
12                                        TURNER CONSTRUCTION COMPANY

13  DATED: June ___, 2007                 WINER, MCKENNA & DAVIS, LLP
14
15                                         By_____
                                              Emile A. Davis
16
                                          Attorneys for Plaintiff
17                                        MELINDA GALARSA

18  DATED: June ___, 2007                 GORDON & REES LLP
19
20                                         By_____
                                              Michael T. Lucey
21                                            Paula Kutansky-Brown

22                                        Attorneys for Defendant
                                          GALLETTI & SONS, INC.
23
24
25
26
27
28

2
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CLAIM AND REMAND TO STATE COURT
SF1 28285666.1

[~~PROPOSED~~] ORDER

Based on the Parties' stipulation, and good cause appearing, Plaintiff's claim for Intentional Infliction of Emotional Distress is hereby DISMISSED WITH PREJUDICE. The case is REMANDED to the California Superior Court, County of Alameda, for adjudication of Plaintiff's remaining statutory claims under the California Fair Employment & Housing Act.

IT IS SO ORDERED.

Dated: June 13, 2007



Hon. Charles R. Breyer