**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

June 14, 2007

Alameda County Superior Court
1225 Fallon Street, Room 209
Oakland, CA 94612

RE:  CV 07-02354 CRB    MELINDA GALARSA-v-GALLETTI AND SONS INC ET AL
          Your Case Number: (RG07316544)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (x)   Certified copies of docket entries

   (x)   Certified copies of Remand Order

   ( )   Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

            Sincerely,

            RICHARD W. WIEKING, Clerk


            by:  Maria Loo
            Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg